# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                                                                                                                                CASE NO.: 22-14401-LMI
**Maria L Hernandez,**                                                                                CHAPTER 13

*aka Maria Lourdes Hernandez,*
*aka Maria Hernandez,*
     **Debtor.**
_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

     DLJ Mortgage Capital, Inc. ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #26), and states as follows:

1. Debtor, Maria L Hernandez ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 3, 2022.

2. Secured Creditor holds a security interest in the Debtor's real property located at 9172 Collins Ave, Surfside, FL 33154, by virtue of a Mortgage recorded on April 03, 2008 in Book 26304, at Pages 0006-271 of the Public Records of Miami-Dade County, FL.  Said Mortgage secures a Note in the amount of $293,000.00.

3. The Debtor filed a Chapter 13 Plan on July 15, 2022.

4. Debtor's Plan evidences an intent to seek mortgage modification with Secured Creditor. Debtor's Plan proposes monthly adequate protection payments to Secured Creditor in the amount of $69.88.  Based on the express terms of the Debtor's Plan, the proposed payments are calculated at 31% of Debtor's gross monthly income.  However, according to Debtor's Schedule I, an accurate calculation based on 31% of the stated gross monthly income results in an adequate protection payment of $1,005.95.  Therefore, Secured Creditor objects to the proposed monthly adequate protection payments and any other payment below $1,005.95, during the pendency of loss mitigation.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 470-321-7112
> Facsimile: 561-997-6909
>
> By: /s/Keith Labell
> Keith Labell, Esquire
> Florida Bar Number 0109158
> Email: klabell@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Maria L Hernandez
*aka Maria Lourdes Hernandez*
*aka Maria Hernandez*
9172 Collins Ave Unit 302
Surfside, FL 33154

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 470-321-7112
    Facsimile: 561-997-6909

    By: /s/Keith Labell
    Keith Labell, Esquire
    Florida Bar Number 0109158
    Email: klabell@raslg.com